UNITED STATES of America, Plaintiff–Appellee,

v.

Salvador SANCHEZ, Jr., Defendant–Appellant.

No. 10–50570.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 18, 2012.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Barry L. Morris, Barry L. Morris, Attorney at Law, Walnut Creek, CA for Defendant–Appellant.

Salvador Sanchez, Jr., pro se.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Salvador Sanchez, Jr., appeals from his guilty-plea conviction for bank robbery, in violation of 18 U.S.C. § 2113(a); his jury-trial conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1); and a concurrent 180–month sentence. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal with respect to either of Sanchez's convictions, or the 180–month sentence imposed for being a felon in possession of a firearm. We dismiss Sanchez's appeal of the 180–month sen-

tence imposed for bank robbery in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

Sanchez's convictions and the sentence imposed for being a felon in possession of a firearm are **AFFIRMED.** Sanchez's appeal of the sentence imposed for bank robbery is **DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

